UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED EDWARD MOFFETT,          No. C 12-1641 SI (pr)

    Petitioner,                         **ORDER OF DISMISSAL**

    v.

ERIC HOLDER, U. S. ATTORNEY GENERAL; et al.,

    Respondents.
                                               /

        The petition for writ of habeas corpus was dismissed because it failed to state a claim upon which federal habeas relief may be granted. The court granted petitioner leave to file an amended petition that alleged a claim for a violation of the Constitution or laws or treaties of the United States. Petitioner did not file an amended petition, and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which federal habeas relief may be granted. The clerk shall close the file.

        IT IS SO ORDERED.

DATED: October 30, 2102

                                                 SUSAN ILLSTON
                                                 United States District Judge