UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED EDWARD MOFFETT, | No. C 12-1641 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ERIC HOLDER, U. S. ATTORNEY GENERAL; et al., | |
| Respondents. | |

This action is dismissed for failure to state a claim upon which federal habeas relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 30, 2102

SUSAN ILLSTON
United States District Judge